IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| RONALD DE'RAY SKIPPER, | ) | Civil Action No. 4:20-4146-TLW-TER |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JUMPSTART; DAVE JOHNSON, | ) | |
| INSIDER COORDINATOR; AND | ) | |
| CARY SANDERS, INSIDE DIRECTOR | ) | |
| | ) | |
| DEFENDANTS. | ) | |
| | ) | |

This matter was previously before the court on Plaintiff's motion for issuance of a subpoena filed January 3, 2022. (ECF No. 74). An order was entered on this motion on January 5, 2022, granting and denying the motion. Specifically, Plaintiff requested two subpoena forms for the SCDC and was instructed to provide the court with the specific information he sought to subpoena and the correct names and addresses of the witnesses he sought to request certain information from *via* subpoena *duces tetum*. The Clerk of Court was directed to attach two blank subpoena *duces tecum* forms to the order, and Plaintiff was given fourteen (14) days from the date of the order to complete the blank subpoena forms for review by the court with the additional information as outlined above.

As stated, Plaintiff had requested two subpoena *duces tecum* forms to subpoena documents from the non-party South Carolina Department of Corrections. Plaintiff

returned the subpoena forms to the court for review. One of the completed Subpoena forms is directed to Thomas M. Osmir, the Administrator for the Department of Rehabilitative Programs Division at Perry Correctional Institution for the SCDC requesting "written policies, procedures, correspondence, memorandums, agreements, orders, security classification and training for Jumpstart volunteers/employees and directives for the volunteers/employees approved by Perry Correctional Institution." The clerk of court is directed to sign and issue this subpoena to the Plaintiff for Plaintiff to properly serve the subpoena *duces tecum* pursuant to the Federal Rules of Civil Procedure.

The second subpoena form Plaintiff completed and submitted for the court's review is not directed to the SCDC as Plaintiff had indicated in the motion of January 3, 2022, but directed to Tommy Moore, Executive Director for Jumpstart, Inc. Jumpstart, Inc. is a party in this action and Plaintiff should seek the documents pursuant to Fed. R. Civ. P. 34.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
February 15, 2022                    Thomas E. Rogers, III
Florence, South Carolina             United States Magistrate Judge